# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 2, 2018

## NO. 03-18-00275-CV

**Daniel Wiegrefe, Appellant**

**v.**

**Jennifer Wiegrefe, Appellee**

### APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
### VACATED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on January 18, 2018. The appellant has filed a motion to dismiss the appeal and remand the case to the trial court, and having considered the motion, the Court agrees that the motion should be granted in part. Therefore, the Court grants the motion in part; sets aside the trial court's judgment without regard to the merits; and remands the case to the trial court for rendition of judgment in accordance with the parties' agreement. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.